**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE
ATTACHMENT 1

**MAUREEN CURRAN**
**PLAINTIFF**

2007 OCT 11  P 4: 15

**V.**
**DEFENDANT**
**NEW BEDFORD PUBLIC SCHOOL SYSTEM**
**(MICHEAL LONGO- SUPERINTENDENT**

U.S. DISTRICT COURT
DISTRICT OF MASS.

07  CA  1 1 9 4 7  NMG

**COMPLAINT**

MAGISTRATE JUDGE

1. The plaintiff Maureen Curran is a resident of Fairhaven, MA and a citizen of theUnited States.

2. The defendant, the New Bedford School system is a school system of New New Bedford, MASSACHUUSETTS, and a school system of the United States.

3. The defendant Micheal Longo is a resident of New Bedford, MA and a citizen of the United States.

**Jurisdiction**

4. This court has jurisdiction over this matter pursuant to 28 U.S.C.   1332

## FACTS

5. Maureen Curran has a B.A. and her state teaching certification (Dean's List College Grad with 6 years of college) and taught in New Bedford School system for at least 10 years.

6.  Even though she was highly qualified and taught every grade and developmental Level, she was classified and labeled in extremely poor taste, as a substitute Teacher.

6. She applied for many regular teaching positions, and basically taught everyday, more than perhaps at least a quarter of the so-called regular teachers, yet did not even make a sixth of the pay, other teachers made. She also mostly taught the children other teachers did not want, since so-called regular teachers stay out most for the classes they find most difficult to teach.

7. Since she was the first college grad in her immediate family, she was not aware of What regular teachers made, until her last year of teaching.

8. In 2004, she even offered to write a grant to teach children skills, and her offer Was totally ignored by Micheal Longo.

9. Relief would consist of her being paid market rate of what other teachers MADE Which would be approximately $400,000 for all her hard work and dedication, and all other benefits denied her.

Signature _Maureen Curran_

Name  MAUREEN CURRAN

33 MCGANN TERRACE

FAIRHAVEN, MA 02719

Telephone# (508) 999-0964